**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| FINISHING TOUCHES HOME GOODS, INC., Plaintiff , v. E.ON U.S. LLC, et. al. | Civil Action No. 3:09-cv-641-S **JURY TRIAL DEMANDED** |
| FINISHING TOUCHES HOME GOODS, INC., Plaintiff, v. TRILLIANT NETWORKS, INC. , Defendant. AND RELATED COUNTERCLAIMS | Civil Action No. 3:11-cv-621-S **JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Plaintiff Finishing Touches Home Goods, Inc. ("Plaintiff"), and Defendants Trilliant Networks, Inc. ("Trilliant"), Louisville Gas and Electric Company ("LG&E") and LG&E and KU Energy LLC, f/k/a/ E.ON U.S. LLC ("LKE") (Collectively "Defendants") in response to the Court's Order dated May 31, 2012 (Dk. 131), respectfully submit this Joint Status Report.

Plaintiff and Defendant Trilliant have reached a settlement agreement, executed July 3, 2013. All parties expect Civil Action No. 3:09-cv-641 and 3:11-cv-621 to be dismissed by stipulation immediately upon funding in accordance with the terms of the agreement.

Respectfully submitted on this the 15th day of July, 2013.


*/s/ Jacqueline K. Burt*
Jacqueline K. Burt
Dara T. Jeffries
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope
Vinings Main, Suite 4320
Atlanta, Georgia 30339
Tel: (404) 996-0861
Fax: (205) 547-5502
jburt@hgdlawfirm.com
djeffries@hgdlawfirm.com

*/s/ John E. Spainhour*
John E. Spainhour
john@gsatty.net
**GIVHAN & SPAINHOUR, PSC**
Suite One, Professional Building
200 South Buckman Street
Shepherdsville, Kentucky 40165
Tel: 502.543.2218
Fax: 502.955.7000

***Attorneys for Plaintiff Finishing Touches Home Goods, Inc.***

*/s/ Robert J. Theuerkauf*___
James R. Higgins, Jr.
Robert J. Theuerkauf
**MIDDLETON REUTLINGER**
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202
Tel: 502.584.1135
Fax: 502.561.0442

N. Andrew Leibnitz
Cathleen G. Garrigan
Daniel Callaway
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street
17th Floor
San Francisco, California, 64104
Tel: 415.954.4932

***Attorneys for Defendants Trilliant Networks, Inc., KU Energy LLC, f/k/a E.ON U.S. LLC, and LOUISVILLE GAS AND Louisville Gas and Electric Company***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically via CM/ECF. As such, this document was served on all counsel who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 15th day of July, 2013.

*/s/ Jacqueline K. Burt*
Jacqueline K. Burt